**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| JASON M. MALARTSIK, and | ) CASE NO.  05-34511 |
| LAURA A. MALARTSIK, | ) |
| | ) HONORABLE EUGENE R. WEDOFF |
| Debtors. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: U S Bankruptcy Court, 219 S Dearborn, Courtroom 744, Chicago, IL 60604

    On:  July 18, 2006                Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    Receipts                                        $      8,511.96

    Disbursements                             $      -0-

    Net Cash Available for Distribution    $      8,511.96

4. Applications for Chapter 7 fees and administrative expenses have been filed as

follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $1,601.00 | $77.00 |
| Roy Safanda, Attorney | $ 0.00 | $ 495.00 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None. | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  0.00      , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  0.00  %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None. | | $ | $ |

7. Claims of general unsecured creditors totaling $ 446,599.52    have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  1.4  %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | Comerica Bank | $357,533.55 | 5,074.77 |
| 002 | Notre Dame | $   8,658.39 | 122.90 |

| | | | |
|---|---|---|---|
| 003 | US Food Serv. | $ 23,202.13 | 329.33 |
| 004 | Chase Bank USA NA | $ 20,090.00 | 285.15 |
| 005 | Chase Bank USA, NA | $ 31,734.05 | 450.43 |
| 006 | T-Mobile | $      819.70 | 11.63 |
| 007 | American Express Bank FSB | $   2,164.24 | 30.72 |
| 008 | American Express Travel | $   2,397.46 | 34.03 |
| | | $ 446,599.52 | $6,338.96 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has or been discharged.

11. The Trustee proposed to abandon the following property at the hearing:
2004 Audi A-6; Household @ $700.00; posters; videogame; golf clubs; posters.

Date: June 14, 2006              For the Court,

                                 By:    KENNETH S GARDNER
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn Street, 7th Floor
                                        Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

05-34511   Doc 30   Filed 06/14/06   Entered 06/17/06 19:37:48   Desc Imaged
            Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                Page 1 of 1           Date Rcvd: Jun 14, 2006
Case: 05-34511                 Form ID: pdf002            Total Served: 26

The following entities were served by first class mail on Jun 16, 2006.
 db         +Jason M Malartsik,    1412 W Crain St,    Park Ridge, IL 60068-1212
 jdb        +Laura A Malartsik,    1412 W Crain St,    Park Ridge, IL 60068-1212
 aty        +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
 aty        +Kurt M Carlson,    Tishler & Wald Ltd,    200 South Wacker Drive,    Suite 3000,
              Chicago, IL 60606-5815
 aty        +Laura C Wardinski,    Kropik, Papuga & Shaw,    120 S LaSalle St,    Chicago, IL 60603-3403
 aty         Scott R Clar,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Suite 3705,    Chicago, IL  60603
 tr         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
 cr         +Comerica Bank,    200 S. Wacker Drive,    Suite 3000,    Chicago, IL 60606-5815
 cr         +VW Credit, Inc.,    C/O Kropik, Papuga & Shaw,    120 South La Salle Street,    Suite 1327,
              Chicago, IL 60603-3582
9748295      Advocate Lutheran General Hosp.,    P.O. Box 73208,    Chicago, IL 60673-7208
9748296      American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
9748297      American Express,    P.O. Box 360002,    Ft. Lauderdale, FL 33336-0002
10608337     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10609323     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
9748298     +Audi Bank USA,    P.O. Box 0772,    Carol Stream, IL 60132-0001
10556130    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
9748299      Chase Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
9748300      Chase Platinum Mastercard,    P.O. Box 15651,    Wilmington, DE 19886-5651
9748301     +Comerica Bank,    300 W. Sixth St., #1300,    Austin, TX 78701-3954
9748302     +Frank J. Malartsik,    431 N. NW Highway, #B,    Park Ridge, IL 60068-6407
9748303     +Illinois Bone & Joint,    9000 Waukegan Rd.,    Morton Grove, IL 60053-2127
9748304     +Mary Ann Malartsik,    1412 W. Crain St.,    Park Ridge, IL 60068-1212
10550334    +Notre Dame,    c/o Sallie Mae, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
9748305      Sallie Mae Servicing,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
9748306     +T-Mobine,    Bankruptcy Dept.,    P.O. Box 37380,    Albuquerque, NM 87176-7380
9748307     +US Foodservice,    1 Sexton Drive,    Glendale Heights, IL 60139-1965

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Roy Safanda,   Safanda Law Firm
                                                                                                   TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2006           Signature:    _Joseph Speetjens_