# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE ) CHAPTER 7 CASE

JASON M. MALARTSIK and )
LAURA A. MALARTSIK, ) CASE NO. 05-34511
)
Debtors. ) HONORABLE EUGENE R. WEDOFF

## ORDER AWARDING COMPENSATION AND EXPENSES

**THIS MATTER BEING HEARD** on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 1,601.00 |
| 2. | Trustee's expense | $ 77.00 |
| | **TOTAL** | $ 1,678.00 |

**IT IS FURTHER ORDERED** that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee

   a. Compensation          $ 495.00

   b. Expenses              $ 0.00

2. Accountant for the Trustee

   a. Compensation          $ 0.00

   b. Expenses              $ 0.00

3. Other professional       $ 0.00

(List each professional separately)

**TOTAL**   $ _____ 495.00

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy court.

DATED this _____ day of _____, 2006.

ENTERED

JUL 1 8 2006

EUGENE R. WEDOFF
BANKRUPTCY JUDGE

ENTERED: _____
United States Bankruptcy Judge