UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| JASON M. MALARTSIK, and | ) CASE NO. 05-34511 |
| LAURA A. MALARTSIK, | ) |
| | ) HONORABLE EUGENE R. WEDOFF |
| Debtors. | ) |

## DISTRIBUTION REPORT

I, <u>ROY SAFANDA</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I have made the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $ 2,173.00 |
| Chapter 11 Administrative Expenses: | $   -0- |
| Priority Claims (507(a)(3)-(a)(6): | $   -0- |
| Secured Tax Liens: | $   -0- |
| Priority Tax Claims: | $   -0- |
| General Unsecured Claims: | $ 6,338.34 |
| Other: _____ | $   -0- |
| _____ | $   -0- |
| _____ | $   -0- |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>   $ 8,511.34

**EXHIBIT D**

DISTRIBUTION REPORT                    PAGE 2 OF 8

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 2,173.00 | 100% |

| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Trustee's compensation requested | $ 1,601.00 | $ 1,601.00 |
| Trustee's costs requested | 77.00 | 77.00 |
| Trustee's attorney comp. requested | 495.00 | 495.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a) & (B) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses | $   -0- | |

| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

DISTRIBUTION REPORT - (CONT'D)          PAGE 3 of 8

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to Section 502(f) | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(4) - Contributions to Employee Benefit Plans | $ -0- | |

DISTRIBUTION REPORT - CONT'D                    PAGE 4 OF 8

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000 | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(6) - Deposits by consumers to the extent of $1,800 | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D PAGE 5 OF 8

| 8. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND (%) |
|---|---|---|
| Sec. 507(A)(7) - Alimony, Maintenance and Support | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 724(b) Tax Liens | $ -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(8) - Tax claims excluding fines and penalties | -0- | 0% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D    PAGE 6 OF 8

| 11. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND (%) |
|---|---|---|
| Sec. 507(a)(9) - Capital commitments to Federal Depository Institutions | $ -0- | |

| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 446,599.52 | 14% |

| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| 001  Comerica Bank | $357,533.55 | 5,074.28 |
| 002  Notre Dame | $    8,658.39 | 122.88 |
| 003  US Food Serv. | $  23,202.13 | 329.29 |
| 004  Chase Bank USA NA | $  20,090.00 | 285.13 |
| 005  Chase Bank USA, NA | $  31,734.05 | 450.38 |
| 006  T-Mobile | $       819.70 | 11.63 |
| 007  American Express Bank FSB | $    2,164.24 | 30.72 |
| 008  American Express Travel | $    2,397.46 | 34.03 |
| | $ 446,599.52 | $6,338.34 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(3) - Late unsecured claims. | $ -0- | |

| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|

DISTRIBUTION REPORT - CONT'D                PAGE 7 OF 8

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(4) - Fines/ Penalties | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(5) - Interest | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND (%) |
|---|---|---|
| Sec. 726(a)(6) - Surplus To Debtor | $   -0- | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

DISTRIBUTION REPORT - CONT'D.                PAGE 8 OF 8

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NO. | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

None.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  October 24, 2006           /s/ Roy Safanda
                                   Roy Safanda, Trustee